IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RIDHA AL-HILFY, | ) | CASE NO.   4:08-cv-3171 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| REXNORD INDUSTRIES, LLC, ADDAX, INC., and STAFFING SERVICES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Now on this 15th day of September, 2008, this matter came before the Court upon the Plaintiff's Motion to Enlarge the deadline to file a response to defendant Staffing Services, Inc.'s counterclaim. The Court finds good cause exists to grant said extension.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion, filing no. 14 is granted and the plaintiff shall have ten days from the date this Court enters an order regarding plaintiff's objection to the removal and/or motion for remand to file an answer to defendant Staffing Services, Inc.'s counterclaim if the plaintiff's motion and/or objection are denied.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge