IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RIDHA AL-HILFY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| REXNORD INDUSTRIES, LLC, | ) | MEMORANDUM |
| ADDAX, Inc., and STAFFING | ) | AND ORDER |
| SERVICES, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Pending before is the report and recommendation of Judge Piester suggesting that I deny the plaintiff's motion for remand. There has been no objection to the report and recommendation, and, after de novo review, I conclude that it should be adopted. Therefore,

IT IS ORDERED the report and recommendation (filing 18) is adopted and the plaintiff's motion for remand (filing 9) is denied.

October 15, 2008.   BY THE COURT:

*s/Richard G. Kopf*
United States District Judge