```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

RIDHA AL-HILFY,                    )
                                   )
              Plaintiff,           )       4:08CV3171
                                   )
         v.                        )
                                   )
REXNORD INDUSTRIES, LLC,           )       ORDER
ADDAX, INC., and STAFFING          )
SERVICES, INC.,                    )
                                   )
              Defendants.          )
                                   )
```

IT IS ORDERED:

Plaintiff's oral motion for extension of deadline is granted and the deadline for filing the parties' Rule 26 planning report is extended to October 31, 2008.

DATED this 23rd day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge