```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RIDHA AL-HILFY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| REXNORD INDUSTRIES, LLC, | ) | ORDER |
| ADDAX, INC., and | ) | |
| STAFFING SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion of defendant Rexnord Industries, filing no. 35, to amend its answer is granted.  The amended answer shall be filed forthwith.

DATED this 18th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge