IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RIDHA AL-HILFY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| REXNORD INDUSTRIES, LLC, | ) | **MEMORANDUM AND ORDER** |
| ADDAX, INC., and STAFFING | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff and defendants Rexnord Industries, LLC, and Addax, Inc., have filed a stipulation for dismissal (filing 55) with prejudice, stating that such parties have resolved this matter, but that defendant Staffing Services, Inc., remains a defendant in this case. The motion shall be granted.

IT IS ORDERED:

1. The Stipulation for Dismissal of Rexnord Industries, LLC, and Addax, Inc., (filing 55) is granted;

2. Defendants Rexnord Industries, LLC, and Addax, Inc., are dismissed from this matter with prejudice, each party to pay their or its own attorney's fees and costs;

3. Defendant Staffing Services, Inc., remains a defendant in this action;

4. Final judgment shall be withheld pending resolution of all remaining claims between the plaintiff and defendant Staffing Services, Inc.

DATED this 18th day of June, 2009.

                                          BY THE COURT:
                                          s/ *Richard G. Kopf*
                                          United States District Judge