IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RIDHA AL-HILFY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3171 |
| | ) | |
| V. | ) | |
| | ) | |
| STAFFING SERVICES, Inc., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After consultation with counsel at the pretrial conference,

IT IS ORDERED that the motion in limine (filing 62) is granted regarding paragraphs 1-5 and denied regarding paragraph 6, with the understanding that the resolution of the claims described in paragraph 6 will not be admissible.

DATED this 11th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge